### 17364. MORRIS *v.* THE STATE.

LUKE, J. Upon conflicting evidence Morris was convicted of violating the prohibition statute. The evidence authorized his conviction; and the trial judge, having approved that verdict, properly overruled his motion for a new trial which was based upon the general grounds only.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED JULY 13, 1926.

---

Criminal Law, 17 C. J. p. 264, n. 89; p. 971, n. 41.

Possessing intoxicating liquor; from city court of Floyd county —Judge Bale. March 29, 1926.

*F. W. Copeland, J. L. Wallace, R. C. Stanton,* for plaintiff in error.

*Alec Harris, solicitor,* contra.